JS-6

1

2

3

4

5

6

7      **UNITED STATES DISTRICT COURT**

8      **CENTRAL DISTRICT OF CALIFORNIA**

9      **WESTERN DIVISION**

10     ANDRELL D. ROGERS, an                    ) Case No. CV 21-5139-GW-JCx
       individual,                              )
11                                              )
                     Plaintiff,                 )
12                                              ) ORDER DISMISSING ACTION
              vs.                               ) WITHOUT PREJUDICE
13                                              )
       ALIEN RECORDS, INC.; CARL D.             )
14     ZOOK; RON CABILTES; WARNER               )
       MUSIC GROUP CORP.; BRYSON                )
15     POTTS; NLE CHOPPA                        )
       ENTERTAINMENT, INC.; ALYSSA              )
16     M. STEPHENS; ZACHARY D.                  )
       THOMAS; BUDDA BEATS, LLC;                )
17     TERRELL MCNEAL; MP808                    )
       BEATES LLC; NORVA DENTON;                )
18     and DOES 1-10, inclusive,                )
                                                )
19                   Defendants.                )
                                                )
20                                              )

21

22

23

24

25

26

27

28

1

**ORDER**

2      Pursuant to the parties' Stipulation, this action is hereby dismissed, in its

3  entirety, without prejudice, with plaintiff, on the one hand, and defendants, on the

4  other hand, to bear their respective attorneys' fees and costs, and with the Court

5  retaining jurisdiction pending the parties' completion of their settlement and filing of

6  a Stipulation and proposed Order of dismissal with prejudice.

7

8  Dated: October 13, 2022

9                                _____

                                    The Honorable George H. Wu

10                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1