**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ANDRELL D. ROGERS, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALIEN RECORDS, INC.; CARL D. ZOOK; RON CABILTES; WARNER MUSIC GROUP CORP.; BRYSON POTTS; NLE CHOPPA ENTERTAINMENT, INC.; ALYSSA M. STEPHENS; ZACHARY D. THOMAS; BUDDA BEATS, LLC; TERRELL MCNEAL; MP808 BEATES LLC; NORVA DENTON; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 21-5139-GW-JCx<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY AND WITH PREJUDICE |

# ORDER

Pursuant to the parties' Stipulation, this action is hereby dismissed, in its entirety, with prejudice, and with plaintiff, on the one hand, and defendants, on the other hand, to bear their respective attorneys' fees and costs.

Dated: June 28, 2023

_____
The Honorable George H. Wu
UNITED STATES DISTRICT JUDGE

1